JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE DEAMBROSIO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>VERTIV CORPORATION and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No.: 8:19-cv-00748-MWF (JEMx)<br><br>**ORDER** |

Pursuant to the Stipulation entered into by and between Plaintiff MICHELE DEAMBROSIO and Defendant VERTIV CORPORATION through their respective counsel of record, and good cause appearing thereby,

IT IS HEREBY ORDERED that the matter of Michele DeAmbrosio v. Vertiv Corporation filed in the United States District Court for the Central District of California, bearing Case Number 8:19-cv-00748-MWF (JEMx) is hereby dismissed with prejudice in its entirety.

DATED:  June 24, 2020            _____

　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　United States District Judge